# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DUROY HENDERSON** and **MARILYN HENDERSON,**
Appellants,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY,**
Appellee.

No. 4D16-382

[July 5, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Peter D. Blanc, Judge; L.T. Case No. 07020031 AW.

James A. Bonfiglio of Law Offices of James A. Bonfiglio, P.A., Boynton Beach, and Philip M. Burlington and Adam Richardson of Burlington & Rockenbach, P.A., West Palm Beach, for appellants.

Jason H. Okleshen of Greenberg Traurig, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Nationstar Mortg. LLC v. Glass*, No. 4D15-4561 (Fla. 4th DCA June 21, 2017) (en banc).

WARNER, LEVINE and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***